# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| THE STATE OF WASHINGTON,<br><br>        Respondent,<br><br>v.<br><br>TRAVIS V. GRANT<br><br>        Appellant. | DIVISION ONE<br><br>No. 73919-1-I<br><br>UNPUBLISHED OPINION<br><br>FILED: January 23, 2017 |

DWYER, J. — The State concedes error in this appeal. We accept the State's concession.

> The State concedes that defense counsel provided ineffective assistance of counsel in failing to object to imposition of some of the fees and for failing to inform the court that some of them weren't mandatory upon a showing of indigency. The matter should be remanded for a hearing regarding all legal financial obligations.

Br. of Resp't at 2.

"Therefore, this matter should be remanded for the court to re-address the imposition of legal financial obligations on both the DUI and felony convictions."

Br. of Resp't at 7. We agree. This is the remedy that we afford.

Reversed and remanded.

We concur: